UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09-442 (PAM/JJG)

**REGINALD HERNANDEZ,**

 **Plaintiff,**

               **ORDER FOR**
**v.**              **DISMISSAL WITH**
                **PREJUDICE**

**BRIDGESTONE RETAIL OPERATIONS, LLC aka**
**BFS RETAIL AND COMMERCIAL OPERATIONS, LLC dba**
**FIRESTONE COMPLETE AUTO CARE,**

 **Defendant.**

   Based on the Stipulation for Dismissal with Prejudice filed by the parties to the above-

captioned matter as Document No.5,

   IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice,

without costs or fees to either party.


             SO ORDERED:
             BY THE COURT

Dated: March 23 , 2009     s/Paul A. Magnuson
             The Honorable Paul A. Magnuson
             United States District Court Judge